# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2211. LORRAINE COCHRAN-JOHNSON et al. v. EDWARD E. WILLIAMS.**

The Supreme Court of Georgia has directed us to transfer this case to that Court. Accordingly, the above-styled case is hereby transferred to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/16/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*